UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ALAN DEARMAN,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH UFKES OLIVERA, et al.,<br><br>Defendants. | No. 2:22-cv-02158-TLN-CKD<br><br>**ORDER** |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On May 17, 2023, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections. The Court reviewed the file and finds the findings and recommendations are supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The May 17, 2023 findings and recommendations (ECF No. 6) are ADOPTED IN FULL;

2. The Second Amended Complaint is DISMISSED with prejudice for failure to state a claim; and

1

3. The Clerk of Court is directed to close this case.

Dated: June 29, 2023

          Troy L. Nunley
          United States District Judge